**Dismissed and Memorandum Opinion filed January 3, 2023.**



**In The**

# Fourteenth Court of Appeals

### NO. 14-21-00410-CV

**KOFFI JUSTIN NGORAN, Appellant**

**V.**

**FLAN ROSELINE SEI MESSON, Appellee**

**On Appeal from the 245th District Court
Harris County, Texas
Trial Court Cause No. 2020-28888**

## MEMORANDUM OPINION

On November 23, 2022, this court sent notice to the parties that this appeal would be dismissed for want of prosecution unless appellant filed an amended brief complying with Texas Rule of Appellate Procedure 38.1(i) on or before December 8, 2022. *See* Tex. R. App. P. 38.1(i), 38.9(b), 42.3(b). No amended brief has been filed. Accordingly, we dismiss this appeal for want of prosecution. Tex. R. App. P. 42.3(b).

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.